UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80227-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT BENJAMIN BREWSTER,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** comes before the Court upon the Defendant's Motion to Terminate Supervised Release (D.E. 1401). The Government and U.S. Probation Officer object to early termination indicating that compliance alone is not sufficient to terminate supervision and due to the nature and circumstances of the offense and history of the defendant. After reviewing the Defendant's motion, the Government and U.S. Probation Officer's responses, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Terminate Supervised Release (**D.E. 1401**) is **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida this 4th day of June, 2020.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record
        Robert Benjamin Brewster, Defendant