UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80227-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT BENJAMIN BREWSTER,

    Defendant.
_____/

## ORDER ON DEFENDANT'S SECOND MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** comes before the Court upon the Defendant's Second Motion to Terminate Supervised Release (D.E. 1487). Given Defendant's criminal history, early termination of supervised release is premature. After reviewing the Defendant's motion, the Government's response (D.E. 1489) and U.S. Probation Officer's response, it is

**ORDERED AND ADJUDGED** that Defendant's Second Motion to Terminate Supervised Release (**D.E. 1487**) is **DENIED** without prejudice.

**DONE AND ORDERED** at West Palm Beach, Florida this 20th day of April, 2021.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record
       Robert Benjamin Brewster, Defendant